FILED

2026 Aug-04 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ELDER ESTUARDO PELICO, et al.,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| **v.** | ] **Case No. 1:26-cv-1062-ACA-JHE** |
| | ] |
| **BARRY SMITH, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## MEMORANDUM OPINION AND ORDER

Petitioners Elder Estuardo Pelico, Mike Jose Pelico Vicente, and Erick Alexander Pelaez Perez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The court ordered Respondents to appear and show cause why the court should not grant the petition. (Doc. 6). Based on Respondents' admission in response to the court's order (doc. 12), the court **GRANTS** the petition. (Doc. 1).

Petitioners are all natives and citizens of Guatemala. (Doc. 12-4 at 2; doc. 12-3 at 2; doc. 12-1 at 2). On June 18, 2026, Petitioners were arrested by Immigration and Customs Enforcement during a traffic stop. (Doc. 12-4 at 2; doc. 12-3 at 2; doc. 12-1 at 2). Petitioners were transferred to Etowah County Detention Center. (Doc. 12-4 at 2; doc. 12-3 at 2; doc. 12-1 at 2). None of the men had an immigration record before being detained. (Doc. 12-1 at 2; doc. 12-3 at 2; doc. 12-4 at 2).

The petition requests that the court: (1) enjoin transfer from Etowah County Detention Center, but if transfer has already occurred, prohibit further transfer without prior notice to Petitioner's counsel; (2) order Respondents to preserve and disclose to Petitioner's counsel any custody information and immigration documents, (3) order Respondents to facilitate a confidential legal phone call between Petitioners and their counsel. (Doc. 1 at 13–14). The court granted the petition in part and enjoined transfer of Petitioners out of the Etowah County Detention Center. (Docs. 4, 5). However, Respondents notified the court that Petitioners Pelico-Vicente and Pelico had already been transferred to Pine Prairie ICE Processing Center in Louisiana before receipt of the court's order. (Doc. 8 at 1– 2). Petitioner Pelaez-Perez remains detained at Etowah County Detention Center. (*Id.* at 2).

In the response to the court's order to show cause, Respondents state that they are willing to facilitate a confidential phone call between Petitioners and their attorney. (*See* doc. 12 at 6 ("[I]f counsel requires the assistance of the undersigned to facilitate a meeting between counsel and his clients, the undersigned are happy to do so."). Additionally, the response provides several of Petitioners' requested documents. (*See* docs. 12-1, 12-2, 12-3, 12-4, 12-5).

Finding that Respondents do not oppose any of the remaining requested relief, the court **GRANTS** the petition for a writ of habeas corpus. (Doc. 1). The court

**ORDERS** Respondents to provide any outstanding requested documentation and information to Petitioners' counsel and facilitate a confidential communication between Petitioners and their counsel **within three days of this order, on or before July 3, 2026**. The court **DIRECTS** Respondents to file a notice **on or before July 6, 2026** confirming that they have complied with this order. The court **ENJOINS** Respondents from further transferring Petitioners until they have facilitated the aforementioned communication with Petitioners' counsel.

The court retains jurisdiction to effectuate this order. The court **DIRECTS** the Clerk to enter judgment in Petitioners' favor and close this file.

**DONE** and **ORDERED** this June 30, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE